# UNITED STATES ARMY COURT OF CRIMINAL APPEALS

Before
FLEMING, PENLAND, and MORRIS
Appellate Military Judges

**UNITED STATES, Appellee**
**v.**
**Specialist MALACHI M. TEMPLE**
**United States Army, Appellant**

ARMY 20230403

Headquarters, 1st Cavalry Division
Joseph K. Venghaus, Military Judge
Lieutenant Colonel Shari F. Shugart, Staff Judge Advocate (pretrial)
Lieutenant Colonel Allison D. McFeatters, Staff Judge Advocate (post-trial)


For Appellant: Major Cody D. Cheek, JA; Captain Matthew S. Ficlds, JA (on brief); Colonel Philip M. Staten, JA; Lieutenant Colonel Autumn R. Porter, JA; Major Robert D. Luyties, JA; Major Cody D. Cheek, JA (on brief on specified issue).

For Appellee: Lieutenant Colonel Kalin P. Schlueter, JA (on brief); Colonel Christopher B. Burgess, JA; Lieutenant Colonel Kalin P. Schlueter, JA; Captain Patrick S. Barr, JA (on brief on specified issue).


26 July 2024

-----------------------------------
SUMMARY DISPOSITION
-----------------------------------

*This opinion is issued as an unpublished opinion and, as such, does not serve as precedent.*

PENLAND, Judge

On 11 December 2023, this case was referred to the Army Court of Criminal Appeals for review pursuant to Article 66(b)(3), Uniform Code of Military Justice. Pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982, appellant asserts he was denied his right to meaningful clemency consideration, we agree and return the case to the convening authority for new action.

## DISCUSSION

The Staff Judge Advocate (SJA) stated in their clemency advice that appellant had not submitted the necessary information for transferring forfeitures for the

benefit of his dependents; this was incorrect. Additionally, the SJA responded "No" instead of "N/A" to the question of whether appellant made a request for deferment of adjudged forfeitures. Appellant had in fact submitted the correct information requesting deferment of automatic forfeitures pursuant to R.C.M. 1106.

## CONCLUSION

The convening authority's action, dated 22 August 2023, is SET ASIDE. Pursuant to R.C.M. 1111(c)(3), we remand this case to the military judge for a modification of the entry of judgment upon completion of the SJA's corrected clemency advice and the convening authority's new action.

Senior Judge FLEMING and Judge MORRIS concur.

FOR THE COURT:

//JAMES W. HERRING, JR.
Clerk of Court

2